**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BEKSULTAN ABILDASHEV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1561-PRW |
| | ) | |
| CHRIS GANTT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On June 25, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On September 18, 2026, Respondents filed a status report (Dkt. 12) informing the Court that Petitioner was released from custody on bond in August 2026 and is no longer detained.[1]

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 3rd day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Status Report & Notice (Dkt. 12), at 1.